UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RASHAD EDMUND WHITE,<br><br>Defendant. | ) Case No. CR 07-01080-RMT-36<br>) CV 09-05353-RMT<br>)<br>) ORDER SETTING BRIEFING<br>) SCHEDULE ON MOTION TO<br>) VACATE, SET ASIDE, OR<br>) CORRECT SENTENCE<br>)<br>)<br>) 28 U.S.C. § 2255<br>) |

On July 23, 2009, defendant RASHAD EDMUND WHITE having filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255,

IT IS ORDERED that by August 24, 2009 the government shall file a response; a reply by defendant, if any, shall be filed no later than September 14, 2009. On or about October 13, 2009, the court shall issue either (a) a ruling, or (b) an order requiring further briefing and/or setting the matter for oral argument.

Dated: July 29, 2009

_____
ROBERT M. TAKASUGI
United States District Sr. Judge